```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :      INDICTMENT

DAVID R. PARKER, and                   08 CRIM 381
AARON D. UNDERWOOD,

            Defendants.         :

                                :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 29 2008

COUNT ONE

The Grand Jury charges:

1. From on or about May 26, 2005, up to and including on or about September 15, 2007, in the Southern District of New York and elsewhere, DAVID R. PARKER and AARON D. UNDERWOOD, the defendants, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other, to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Section 922(a)(1)(A).

2. It was a part and an object of the conspiracy that DAVID R. PARKER and AARON D. UNDERWOOD, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, not being licensed importers, licensed manufacturers, or licensed dealers, would and did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate

commerce, in violation of Section 922(a)(1)(A) of Title 18, United States Code.

## OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about August 12, 2005, DAVID R. PARKER, the defendant, purchased three Taurus 9mm Pistols, Model PT111, from a licensed firearms' dealer in Queen City, Texas.

    b. On or about October 14, 2005, AARON D. UNDERWOOD, the defendant, purchased twenty Taurus 9mm Pistols, Model PT111, from a licensed firearms' dealer in Queens City, Texas.

(Title 18, United States Code, Section 371.)

## COUNT TWO

The Grand Jury further charges:

4. From on or about May 26, 2005, up to and including on or about September 15, 2007, in the Southern District of New York and elsewhere, DAVID R. PARKER, the defendant, unlawfully, willfully, and knowingly, not being a licensed importer, licensed manufacturer, and licensed dealer, did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, to wit, PARKER, who was not a licensed importer,

licensed manufacturer, and licensed dealer, shipped and transported more than ten firearms that had been purchased in Queen City, Texas to the Bronx, New York where they were sold.

(Title 18, United States Code, Sections 922(a)(1)(A).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVID R. PARKER
AARON D. UNDERWOOD

Defendants

INDICTMENT

08 Cr.

(18 U.S.C. §§ 371, 922(a)(1).)

_____
                              MICHAEL J. GARCIA
                           United States Attorney.

A TRUE BILL

_____
                                       Foreperson.

4/29/08  Indictment Returned. Case assigned to Judge Sullivan