UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

UNITED STATES OF AMERICA,

-v-

DAVID R. PARKER, AARON D. UNDERWOOD,

Defendants.

No. 08 Crim. 381 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At a conference before the Court on July 25, 2008, the Court adopted the following directives:

Trial in this action shall commence on August 18, 2008 at 9:30 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York

By August 4, 2008, the government shall provide its Rule 404(b) notice or a letter indicating that the government does not intend to offer at trial any material under Rule 404(b).

By August 8, 2008, the parties shall submit their joint proposed *voir dire* and joint proposed requests to charge. In preparing these documents, the parties shall make a good-faith effort to reach agreement on the contents of each item. As to those items where no agreement can be reached, each party should set forth its proposed version of the item in question.

By August 8, 2008, the parties shall file their motions *in limine*, if any.

The parties shall appear for the final pre-trial conference on August 15, 2008 at 2:00 p.m.

Time is excluded from July 25, 2008 to the earlier of the date on which the charges against defendant Parker are resolved or August 5, 2008, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7) and 3161(h)(8)(A). The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:    July 25, 2008
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE