

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 4, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

BY FACSIMILE

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

      Re: **United States v. Aaron D. Underwood**
          08 Cr. 381 (RJS)

Dear Judge Sullivan:

      Trial in the above-captioned case is currently scheduled to begin on August 18, 2008, with requests to charge and motions *in limine* due August 8, 2008. Today, defense counsel informed the Government that Aaron D. Underwood intends to enter a plea of guilty. However, owing to scheduling conflicts, the plea could not be scheduled until August 13, 2008, at 4:15 p.m. In light of the above, the Government respectfully requests that the deadline for motions *in limine* and requests to charge be adjourned until August 14, 2008.

Honorable Richard J. Sullivan
August 4, 2008
Page 2

      The Court also imposed today as the deadline for the Government's notice of any Rule 404(b) evidence it intends to introduce at trial. At this time, the Government is not aware of any Rule 404(b) evidence, and accordingly does not intend to introduce Rule 404(b) evidence at trial.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
    Antonia M. Apps
    Assistant United States Attorney
    (212) 637-2198

cc: Sabrina Shroff, Esq. (counsel for Aaron D. Underwood)

SO ORDERED
Date: 8/4/08
RICHARD J. SULLIVAN
U.S.D.J.

TOTAL P.03